UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RIYAN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Experian Information Solutions, Inc., | )   CASE NO. 1:24-cv-2017 |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF REMOVAL

Geoffrey S. Irwin (DC Bar No. 465754)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3768
Facsimile: (202) 626-1700
Email: gsirwin@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to this Court and state as follows:

1. Experian is a named Defendant in Civil Action No. 2024-CAB-003758 filed by Plaintiff Riyan Williams ("Plaintiff") in the Superior Court for the District of Columbia (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Superior Court of the District of Columbia on June 14, 2024.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. Some of the claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*.  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: July 11, 2024

Respectfully submitted,

*/s/ Geoffrey S. Irwin*
Geoffrey S. Irwin (DC Bar No. 465754)
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone:  (202) 879-3768
Facsimile:   (202) 626-1700
Email: gsirwin@jonesday.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I served a copy of the foregoing on all parties of record via email:

Riyan Williams
3901 17th St. NE
Washington, DC 20018
*Pro Se Plaintiff*

*/s/ Geoffrey S. Irwin*
Geoffrey S. Irwin